# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2025-1866

———————————————

TIMOTHY B. COOKSTON,

   Appellant,

   v.

R. QUINN, WARDEN OF SANTA
ROSA CORR. INST.,

   Appellee.

———————————————

On appeal from the Circuit Court for Santa Rosa County.
James S. Duncan, Judge.

September 11, 2025

PER CURIAM.

   The Court dismisses the appeal as untimely filed.

LEWIS, M.K. THOMAS, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Timothy B. Cookston, pro se, Appellant.

No appearance for Appellee.